THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERALD J. MCMAHON, on Behalf of RICHARD GAMBALE, Petitioner, v WARDEN, OTIS BANTUM CORRECTIONAL CENTER, Respondent. [30 NYS3d 839]—Writ of habeas corpus in the nature of an application to set bail upon Richmond County indictment No. 46/16.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Richmond County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Dillon, J.P., Chambers, Hinds-Radix and Brathwaite Nelson, JJ., concur.